## ORDER

A petition for review of an initial decision of the Merit Systems Protection Board having been docketed in this court, and it appearing that the petitioner has also sought review before the board, and it appearing that the initial decision of the board will not become a final decision, it is

ORDERED that the petition for review be, and it hereby is, DISMISSED, without prejudice to the subsequent filing of a petition for review after the board has again acted in the case.

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Robert GLOCK, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 06–3118.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2006.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

**Theodore W. MAKSE, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 06–3128.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2006.

Theodore W. Makse, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,